IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM BLUMENTHAL,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br>Defendant. | : | No. 17-3693 |

**ORDER**

WENDY BEETLESTONE, J.

AND NOW, this 29th day of March, 2018, upon consideration of plaintiff's request for review, defendant's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

_____
WENDY BEETLESTONE
UNITED STATES DISTRICT JUDGE

---

1 Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).